■ In The Matter of the Arbitration between TPO, INCORPORATED,

Respondent, and HENRY KAUFMAN et al., Appellants. FRANK W. CALLAHAN et al., Respondents.—Judgment, Supreme Court, New York County, entered on June 26, 1978, unanimously affirmed on the opinion of Rubin, J., at Special Term. Petitioner-respondent shall recover of respondents-appellants $75 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Lane and Markewich, JJ.